Mark R. Stewart, WY Bar #5-1449
Chapter 13 Standing Trustee
P.O. Box 865
Cheyenne, WY  82003-0865
(307) 778-4115

## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF WYOMING

| | | |
|---|---|---|
| IN RE: | ) | |
|    MOHAMMED ALI JAZAYERI and | ) | Case No.  12-20650 |
| | ) | |
| MICHELLE LEE JAZAYERI, | ) | Chapter 13 |
|                  Debtor(s). | ) | |

_____

## TRUSTEE'S LIST OF HEARING EXHIBITS
## AND SCHEDULE OF WITNESSES –MOTION TO DISMISS
_____

Mark R. Stewart, Standing Chapter 13 Trustee, respectfully submits the following List of Hearing Exhibits and Schedule of Witnesses, for the evidentiary hearing on the Trustee's Motion to Dismiss, set for April 3, 2013.

**TRUSTEE'S EXHIBITS:**

The Trustee may offer the following exhibits at the hearing.

TR-1.    Copy of Case Receipt Report for Case No. 12-20650.

The Trustee reserves the right to offer exhibits in rebuttal of testimony or exhibits listed by the other parties to the hearing, and to supplement this list as may be permitted by the Court.

The Trustee requests that the Court take judicial notice of all entries in the Clerk's docket for this case.

**TRUSTEE'S WITNESSES:**

The Trustee may call the Debtors as witnesses at the hearing. The Trustee anticipates that the Debtors will be present for the hearing. The Trustee may also call Brenda S. Sterling, Plan Administrator, Office of the Chapter 13 Trustee, to testify regarding the Debtors' payment history and the status of their plan payments at the time of the hearing.

The Trustee reserves the right to call any witness listed by any other party to this proceeding.

Except as otherwise indicated, the Debtors have copies of each of the Exhibits listed by the Trustee. **Debtors are requested to bring copies of the Trustee exhibits to the hearing**.

DATED this 1st day of April, 2013.

_/s/_____
Mark R. Stewart
Standing Chapter 13 Trustee

**Certificate of Service**

The undersigned hereby certifies that a true and correct copy of the foregoing Standing Trustee's List of Exhibits and Schedule of Witnesses was served on the 1st day of April, 2013, as follows:

Electronically:

Patrick M. Hunter, Attorney for Debtors, P.O. Box 337, Casper, WY 82602-0337

__/s/_____
Mark R. Stewart