United States Bankruptcy Court
District of Wyoming

In re:  
Mohammed Ali Jazayeri  
Michelle Lee Jazayeri  
    Debtors

Case No. 12-20650-pjm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1089-2     User: jakcrt     Page 1 of 2     Date Rcvd: Apr 05, 2013  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2013.  
db/jdb      #+Mohammed Ali Jazayeri,    Michelle Lee Jazayeri,    1815 Val Vista St.,    Sheridan, WY 82801-2539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2013**                      **Signature:** _/s/ Joseph Speetjens_

```
District/off: 1089-2          User: jakcrt              Page 2 of 2              Date Rcvd: Apr 05, 2013
                              Form ID: pdf900           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2013 at the address(es) listed below:

        Mark R. Stewart    on behalf of Trustee Mark R. Stewart mrstewart@qwestoffice.net,
         mkuhle@qwestoffice.net
        Mark R. Stewart    mrstewart@qwestoffice.net,   mkuhle@qwestoffice.net
        Patricia Anne Michitsch    on behalf of Creditor    JPMorgan Chase Bank, National Association, its
         assigns and successors pmichitsch@cmsatty.com,   hwagner@cmsatty.com;cmckenzie@cmsatty.com
        Patrick M. Hunter    on behalf of Joint Debtor Michelle Lee Jazayeri patrick@pmhunterlaw.com,
         pmhunter1900@gmail.com
        Patrick M. Hunter    on behalf of Debtor Mohammed Ali Jazayeri patrick@pmhunterlaw.com,
         pmhunter1900@gmail.com
        US Trustee    USTPRegion19.cy.ecf@usdoj.gov

                                                                                                                TOTAL: 6

FILED

2:50 pm, 4/5/13

Tim J. Ellis
Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re ) | |
| ) | |
| MOHAMMED ALI JAZAYERI ) | Case No.  12-20650 |
| MICHELLE LEE JAZAYERI ) | Chapter 13 |
| ) | |
| Debtor. ) | |

## ORDER GRANTING MOTION TO CONTINUE HEARING
## AND ORDER RESCHEDULING EVIDENTIARY HEARING ON

THIS MATTER comes before the court on the Debtors' to continue the hearing scheduled for April 3, 2013 on the Trustee's Motion to Dismiss and the Debtors' objection thereto. Now the court, being fully advised, finds that the motion should be granted.

IT IS, THEREFORE, ORDERED and notice is hereby given that the motion is granted and the evidentiary hearing on the above-referenced issue is continued and will be held in the Bankruptcy Courtroom, 2120 Capitol Avenue, 8th Floor, Cheyenne, Wyoming, on **May 1, 2013 at 9:30 a.m.** Any party requesting participation by video conferencing from a location other than Cheyenne, Wyoming shall refer to Local Bankruptcy Rule 9074-2.

On or before **April 24, 2013**, any party intending to introduce exhibits or call witnesses at the hearing shall file a schedule of proposed exhibits and anticipated witnesses and shall serve the schedule and copies of the proposed exhibits on all parties. The schedule and two copies of the proposed exhibits shall also be provided to the Judge's chambers by that date. If the documents consist of ten or fewer pages, the schedule and copies of the

exhibits may be faxed to the Judge's chambers at 307-433-2255. If the list and proposed exhibits consist of more than ten pages, the documents must be provided directly to The Honorable Peter McNiff, U.S. Bankruptcy Court, 2120 Capitol Avenue, Suite 8024, Cheyenne, Wyoming 82001.

The copies of the exhibits shall not be filed with the clerk. Counsel should retain original exhibits for introduction at the hearing.

DATED this 5th day of April, 2013.

> By the Court
>
> _____Peter J. McNiff_____
> HONORABLE PETER J. MCNIFF
> United States Bankruptcy Judge

Service to:
  Patrick Hunter
  Mark Stewart